FRED ANGUS, Respondent, v. HOWARD A. DE GRAFF, Appellant.— Common-law action for negligence. Respondent was employed by appellant as a chauffeur and general handy man. There was snow and ice on the drive and in the fields of the appellant's fifteen-acre farm or estate. The respondent while carrying a pail of milk from an ice house to an auto standing in highway adjacent to the farm slipped upon an icy spot which he had previously observed, and fractured one and possibly two ribs. He was walking on the edge of the driveway. Had he chosen he could have selected a path at any place on the entire acreage. The accident happened in February, in an extremely cold and stormy winter. The employer was not required to remove the snow and ice from the private drive-way and farm. Judgment reversed on the law and facts, with costs, and complaint dismissed, with costs. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

OTIS H. SMITH, Respondent, v. WILLIAM J. McDONALD, Appellant.— Motion to change place of trial on ground of convenience of witnesses and in the interests of justice. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

EMPIRE MILK TRUCKING COMPANY, INC., Respondent, v. WILLIAM J. McDONALD, Appellant.— Motion to change place of trial on ground of convenience of witnesses and in the interests of justice. Order unanimously affirmed. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of SADIE KRAWCZAK, v. HENRY MALIK, Defendant.— Appeal by defendant from an order of filiation of the Children's Court of Schenectady county adjudging him to be the father of the unborn child of Sadie Krawczak and requiring him to pay the lying in expenses of the mother and to make provision for the support of the child when born. The evidence supports the determination of the Children's Court and the order must be affirmed. Order of filiation unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of PAUL MAGLIATO for a Certiorari Order against THE STATE LIQUOR AUTHORITY.— Motion for stay granted, on consent of the State Liquor Authority. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.